1 | ALEX G. TSE (CABN 152348)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney
4 |     1301 Clay Street, Suite 340S
    Oakland, CA 94612
5 |     Telephone: (510) 637-3701
    FAX: (510) 637-3724
6 |     David.Pereda@usdoj.gov

Attorneys for Defendant
U.S. Department of Housing and Urban Development

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEDRO GARCIA, SPECIAL ADMINSTER OF THE ESTATE OF ESTHER ALVIDREZ GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMNET OF HOUSING & URBAN DEVELOPMENT; SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHING D.C.; NOVAD MANAGEMENT CONSULTING, LLC, CIMARRON SERVICVE CORP OF NEVADA; AND DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.: C17-04441 KAW<br><br>**STIPULATION CONTINUING DEADLINE TO COMPLETE MEDIATION; [~~PROPOSED~~ ORDER] AS MODIFIED** |

STIPULATION; [PROPOSED] ORDER
C17-04441 KAW

1

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1. In this case, Plaintiff alleges that there was an improper foreclosure on his home. Plaintiff's mother previously owned the home and secured a Home Equity Conversion Mortgage for Seniors on the property. The HECM program, generally, allows a senior to receive cash by transferring equity in his or her home to a lender. The U.S. Department of Housing and Urban Development insured the loan. HUD claims that the loan became due upon Plaintiff's mother's passing and that HUD now owns the home. Plaintiff claims that there were errors in the process and the foreclosure should be set aside.

2. On January 12, 2018, the Court referred the case to mediation. ECF No. 23. The deadline to complete mediation is May 11, 2018. *Id.*

3. On February 22, 2018, the Court appointed Jay Folberg as the mediator. ECF No. 26.

4. On March 22, 2018, the parties held a pre-mediation call with Mr. Folberg. The parties have been working to position the case for a potential settlement. The parties discussed the case and their efforts with Mr. Folberg.

5. The parties' efforts are ongoing. The parties have taken several important steps towards reaching a potential resolution. Some important pieces, though, have not yet fallen into place despite the parties' diligent efforts.

6. The parties have scheduled a mediation session with Mr. Folberg for June 29, 2018. This date allows time for the parties to exhaust their efforts to complete certain legwork. Also, this date works best for Mr. Folberg.

/ / /

STIPULATION; [PROPOSED] ORDER
C17-04441 KAW

7. Given all this, the parties agree to continue the deadline to complete mediation to July 10, 2018.

DATED: May 10, 2018                    Respectfully submitted,

                                       ALEX G. TSE
                                       Acting United States Attorney

                                        /s/ *David Pereda*
                                       DAVID PEREDA
                                       Assistant United States Attorney
                                       Attorney for Defendant


                                       LAW OFFICES OF RICHARD SAX

                                        /s/ * *Richard Sax*
                                       RICHARD SAX
                                       Attorneys for Plaintiff

## *CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), I, David Pereda, hereby attest that Mr. Sax concurred in the filing of this document.

## [PROPOSED] ORDER

The deadline to complete mediation in the above-captioned action is hereby continued from May 11, 2018, to July 10, 2018. The June 12, 2018, Case Management Conference is continued to August 14, 2018. The joint case management conference statement is due by August 7, 2018.

IT IS SO ORDERED.

Dated: 5/11/18                         _____
                                       KANDIS A. WESTMORE
                                       United States Magistrate Judge

STIPULATION; [PROPOSED] ORDER
C17-04441 KAW