ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    David.Pereda@usdoj.gov

Attorneys for Defendant
U.S. Department of Housing and Urban Development

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEDRO GARCIA, SPECIAL ADMINSTER OF THE ESTATE OF ESTHER ALVIDREZ GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMNET OF HOUSING & URBAN DEVELOPMENT; SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHING D.C.; NOVAD MANAGEMENT CONSULTING, LLC, CIMARRON SERVICVE CORP OF NEVADA; AND DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.: C17-04441 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The parties, through their counsel, hereby stipulate as follows:

1.    On August 4, 2017, Plaintiff filed this quiet title action to challenge the government's claimed interest in a property on which Plaintiff's family has lived for many years. ECF No. 1.

STIPULATION AND [PROPOSED] ORDER
C17-04441 KAW

1

1    2.    Since then, the parties have made extensive efforts to resolve the case but have been

2  unable to reach a settlement.

3    3.    On August 14, 2018, at a Case Management Conference, Plaintiff mentioned that he

4  planned to seek leave to amend his complaint.  The government said that it would stipulate to that relief.

5    4.    On August 17, 2018, the Court entered an Order setting a Case Management Schedule.

6  ECF No. 35.  Among other things, the Order gave Plaintiff until September 7, 2018, to seek leave to

7  amend the Complaint.  *Id.* at 2.

8    5.    On September 7, 2018, Plaintiff filed a motion seeking leave to file a First Amended

9  Complaint.  ECF Nos. 37-40.

10    6.    The government does not oppose Plaintiff's request.

11    7.    The parties agree that Plaintiff should have leave to file his proposed amended complaint

12  and that the government shall have thirty days to respond to that pleading once the Court grants Plaintiff

13  leave and Plaintiff files the amended complaint.

14

15    IT IS SO STIPULATED

16

17

18

19  DATED:  September 17, 2018              Respectfully submitted,

20                                          ALEX G. TSE
                                            United States Attorney
21
                                             /s/ *David Pereda*
22                                          DAVID PEREDA
                                            Assistant United States Attorney
23                                          Attorney for Defendant

24

25                                          LAW OFFICES OF RICHARD SAX

26                                           /s/ * *Richard Sax*
                                            RICHARD SAX
27                                          Attorneys for Plaintiff

28  STIPULATION AND [PROPOSED] ORDER
    C17-04441 KAW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/18/18

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C17-04441 KAW

3